**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | 2:13-CR-144 JCM (GWF) |
|---|---|
| Plaintiff(s), | |
| v. | |
| SERGIO TORRES, | |
| Defendant(s). | |

**ORDER**

Presently before the court is the matter of *United States v. Torres*, case no. 2:13-cr-144-JCM-GWF.

On July 8, 2014, defendant Sergio Torres was convicted by jury of one count of attempted coercion and enticement pursuant to 18 U.S.C. § 2422(b). As such, his pending motion *in limine* (doc. # 48) is now moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the defendant's motion in limine (doc. # 48) be, and the same hereby is, DENIED as moot.

DATED August 12, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**