1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

9

10   UNITED STATES OF AMERICA,                    Case No. 2:13-cr-00144-JCM-GWF

11                              Plaintiff,           ORDER

12          v.

13   SERGIO TORRES,

14                              Defendant.

15          Presently before the court is defendant Sergio Torres' emergency motion and order to

16   extend self-surrender date.  (Doc. #75.)

17          On July 8, 2014, a jury found defendant guilty of one count of coercion and enticement,

18   in violation of 18 U.S.C. § 2422(b).  On October 8, 2014, this court sentenced defendant to 120

19   months in custody with lifetime supervised release.  Defendant was ordered to self-surrender to

20   the bureau of prisons on Friday, January 9, 2015.

21          Defendant now moves, on the eve of his self-surrender, for this court to extend his

22   surrender date by ninety days.  Defendant requests additional time to arrange his personal affairs,

23   namely to resolve a pending bankruptcy proceeding.

24          Defendant has had three months since his sentencing to arrange his personal affairs and

25   resolve his bankruptcy proceeding.  The court finds this time more than adequate.

26          IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that defendant Sergio

27   Torres' emergency motion and order to extend self-surrender date (doc. # 75) be, and the same

28   hereby is, DENIED.

1        IT IS FURTHER ORDERED that defendant Sergio Torres shall self-surrender to the

2    facility designated by the United States Bureau of Prisons as originally scheduled, on Friday,

3    January 9, 2015, before 12:00 PM.

4        DATED THIS 8th day of January, 2015.

5

6                                    JAMES C. MAHAN
                                     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28